USDS SDNY
DOCUMENT
ELECTRONICALLY FILED Sullivan, R.
DOC #: _____
DATE FILED: 11-4-14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
NGA TRAN-PEDRETTI,

        Plaintiff,

- against -

CIFC ASSET MANAGEMENT LLC, CIFC
CORP., CIFC ACQUISITION CORP., CIFC
PARENT HOLDINGS LLC, PETER
GLEYSTEEN, STEVE VACCARO, OLIVER
WRIEDT, FREDERICK ARNOLD,
SAMUEL P. BARTLETT, MICHAEL R. EISENSON,
JASON EPSTEIN, ANDREW INTRATER,
PAUL F. LIPARI, ROBERT B. MACHINIST,
TIM R. PALMER, and FRANK C. PULEO,

        Defendants.
------------------------------------------x

13 CV 4420 (RJS)(KNF)

STIPULATION OF DISMISSAL
WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and Counterclaim Defendant Nga Tran-Pedretti, and Defendants and Counterclaimants CIFC Asset Management LLC, CIFC Corp., CIFC Acquisition Corp., CIFC Parent Holdings LLC, and Defendants Peter Gleysteen, Steve Vaccaro, Oliver Wriedt, Frederick Arnold, Samuel P. Bartlett, Michael R. Eisenson, Jason Epstein, Andrew Intrater, Paul F. Lipari, Robert B. Machinist, Tim R. Palmer, and Frank C. Puleo, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action and counterclaims are dismissed with prejudice, without costs or attorneys' fees as to either party against the other.

IT IS HEREBY FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts.

Dated: OCT. 28, 2014

| THE BOYD LAW GROUP, PLLC | EPSTEIN BECKER & GREEN, P.C. |
|---|---|
| By: *[signature]* <br> Patrick J. Boyd <br> Russell E. Adler <br> William K. Li <br> 370 Lexington Avenue, Suite 1012 <br> New York, NY 10017-6504 <br> (212) 867-3675 <br> Pboyd@theboydlawgroup.com <br> RAdler@theboydlawgroup.com <br> Wli@theboydlawgroup.com <br> Dated: 10/24, 2014 | By: *[signature]* <br> Ronald M. Green <br> John F. Fullerton III <br> Lori A. Medley <br> 250 Park Avenue <br> New York, NY 10177 <br> (212) 351-4500 <br> rgreen@ebglaw.com <br> jfullerton@ebglaw.com <br> lmedley@ebglaw.com <br> Dated: 10/28, 2014 |

SO ORDERED:

*[signature]*

11/3/14  tm

21

FIRM:26105732v3